COURT OF CRIMINAL APPEALS    JUNE 14 2015
CLERK ABEL ACOSTA.

Dear CLERK,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

I NEED to KNOW About ANY or ALL REQUESTS, motions or ORdERS that HAVE BEEN FilED iNto this Court pER trial court CAUSE No 48568-168 AND Court of AppEAls No 08-87-00186 CR Kimberly J. PHillips. iN thR LAst 27 YEARS.

IF SO, I NEED copys oF ANY. (All) you CAN CONTACt ME At Address below AND ill HAVE A moNEY ORdER SENT immEdiAtEly. I Know this iS A PAiN. AND i APPRECiAtE ANY Help you CAN givE ME.

ThANk You

SiNCERly

K. J. PHillips
466923 ClEMENts
9601 SPUR 591
AmARillo, tx
79107